TURNER CONSTRUCTION COMPANY, Plaintiff, v. ALVORD AND SWIFT, Defendant and Third-Party Plaintiff-Respondent. WATER COOLING EQUIPMENT COMPANY, Third-Party Defendant-Appellant, et al., Third-Party Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

RAXOR CORPORATION et al., Respondents, v. SAM GOODY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

RAXOR CORPORATION et al., Respondents, v. SAM GOODY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Capitol Records, Inc. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

DAN GOLENPAUL et al., a Copartnership Doing Business as DAN GOLENPAUL ASSOCIATES, Respondents-Appellants, v. FINCH, PRUYN AND COMPANY, INCORPORATED, Appellant-Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN TAYLOR, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

MILTON C. SACHS, Respondent, v. LUKE VACARRO et al., Defendants, and EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

MULTIPLE TRADING CORPORATION et al., Respondents, v. ERNEST M. GARBE, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted upon the ground that the complaint fails to state facts sufficient to constitute a cause of action. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

COMMERCIAL FACTORS CORPORATION, Respondent, v. COUTURE FABRICS LTD., Appellant.— Order and judgment unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.

N. A. BERWIN & Co., INC., et al., Respondents, v. AMERICAN SAFETY RAZOR CORPORATION et al., Defendants, and JOSEPH REVSON et al., Appellants.— Orders, so far as appealed from, unanimously affirmed, with $10 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Bergan, JJ.